**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| EMC CORPORATION<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PURE STORAGE, INC.<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 13-cv-12789-JGD<br>)<br>)<br>)<br>)<br>) |

## EMC CORPORATION'S MOTION TO IMPOUND ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL & SUPPORTING MATERIALS

Plaintiff EMC Corporation ("EMC") hereby moves, pursuant to Local Rule 7.2, that the Court impound (1) its Memorandum in Support of its Motion to Compel Relevant Material in Response to Discovery Requests; and (2) Exhibits 1-10, 14, 17-19, 21-25, and 27-31 to the Declaration of Anita M. C. Spieth, filed in support of EMC's Motion to Compel.

Grounds for this motion are that:

1. EMC wishes to attach 31 exhibits to the Declaration of Anita M. C. Spieth in support of EMC's Motion to Compel. Of these 31 Exhibits, Exhibits 1-6, 14, 18-19, 24-25, and 27-31 have been designated by either EMC or Pure as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to the Stipulated Protective Order signed by the Parties and entered by this Court on May 27, 2014 (Dkt. Nos. 32, 33). The Stipulated Protective Order mandates that all such documents shall be filed under seal. Dkt. No. 32, ¶ 11.

2. Exhibits 7-10, 17, and 21-23 have been treated by the Parties as confidential.

3. The Memorandum in Support of the Motion to Compel contains information and quotations drawn from these exhibits.

4. The Declaration of Anita M.C. Spieth itself, along with Exhibits 11-13, 15-16, 20, and 26 are not confidential and may be publicly filed.

5. Pursuant to its obligations under Paragraph 11 of the Stipulated Protective Order, EMC now files this Motion to Impound.

6. Prior to filing this Motion to Impound, EMC notified counsel for Pure that it would seek to impound any materials designated by either party as protected pursuant to the Stipulated Protective Order, as has been the parties' practice in this case, and as is required by the Stipulated Protective Order.

WHEREFORE, in an effort to comply with its obligations under the Stipulated Protective Order, EMC respectfully requests that its Memorandum in Support of its Motion to Compel Relevant Material in Response to Discovery Requests, together with Exhibits 1-10, 14, 17-19, 21-25, and 27-31 to the Declaration of Anita M. C. Spieth be impounded until further order of the Court. Upon termination of the impoundment period, outside counsel for EMC will retrieve and take custody of the impounded materials.

                Respectfully submitted,

                CHOATE HALL & STEWART LLP

                */s/ Anita M.C. Spieth*_____
                Paul D. Popeo (BBO No. 567727)
                G. Mark Edgarton (BBO No. 657593)
                Anita M.C. Spieth (BBO No. 676302)
                Two International Place
                Boston, Massachusetts 02110
                Tel: (617) 248-5000
                Fax: (617) 248-4000
                ppopeo@choate.com
                medgarton@choate.com
Dated:  September 25, 2015      aspieth@choate.com

                *Counsel for Plaintiff EMC Corporation*

*Of Counsel*

Paul T. Dacier (BBO No. 616761)
Patricia Hill (BBO No. 554834)
EMC Corporation
176 South Street
Hopkinton, MA 01748
Tel: (508) 435-1000

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on September 25, 2015.

                                              */s/ Anita M. C. Spieth*
                                              Anita M. C. Spieth