UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMC CORPORATION,<br><br>                Plaintiff,<br><br>                v.<br><br>PURE STORAGE, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 13-cv-12789-JGD<br>)<br>)<br>)<br>)<br>)<br>) |

**EMC CORPORATION'S ASSENTED TO MOTION TO IMPOUND MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT, EXHIBITS THERETO AND EMC'S STATEMENT OF UNDISPUTED FACTS**

Plaintiff EMC Corporation ("EMC") hereby moves, pursuant to Local Rule 7.2, that the Court impound its Memorandum in Support of its Motion for Partial Summary Judgment, certain exhibits attached thereto, and its Statement of Undisputed Facts, until further order of the Court. Grounds for this motion are as follows:

1. It is necessary for EMC to attach numerous exhibits to the Declaration of Kevin Quigley in support of EMC's Motion for Partial Summary Judgment. Certain of these exhibits are (a) documents designated by EMC or Pure as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY," or ""HIGHLY CONFIDENTIAL – SOURCE CODE"; or (b) deposition testimony designated by EMC or Pure as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY."

2. The Stipulated Protective Order mandates that all materials designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be filed under seal. Dkt. No. 32, ¶ 11.

3. EMC's Memorandum and Statement of Undisputed Facts likewise contain information drawn from the exhibits to the Declaration of Kevin Quigley. The Memorandum quotes from documents and testimony that have been designated by EMC or Pure as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY," or ""HIGHLY CONFIDENTIAL – SOURCE CODE."

4. Pure has assented to this Motion to Impound.

WHEREFORE, in an effort to comply with its obligations under the Stipulated Protective Order, EMC respectfully requests that its Memorandum in Support of its Motion for Partial Summary Judgment, certain exhibits to the Declaration of Kevin Quigley, and EMC's Statement of Undisputed Facts, be impounded until further order of the Court. Upon termination of the impoundment period, outside counsel for EMC will retrieve and take custody of the impounded materials.

                        Respectfully submitted,

                        CHOATE HALL & STEWART LLP

                        */s/  Paul D. Popeo*
                        Paul D. Popeo (BBO No. 567727)
                        G. Mark Edgarton (BBO No. 657593)
                        Kevin C. Quigley (BBO No. 685015)
                        Two International Place
                        Boston, Massachusetts  02110
                        Tel: (617) 248-5000
                        Fax: (617) 248-4000
                        ppopeo@choate.com
                        medgarton@choate.com
Dated:  May 6, 2016          aspieth@choate.com

                        *Counsel for Plaintiff EMC Corporation*


*Of Counsel*

Paul T. Dacier (BBO No. 616761)
Patricia Hill (BBO No. 554834)
EMC Corporation
176 South Street
Hopkinton, MA 01748
Tel: (508) 435-1000

7556232v3

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that counsel for EMC conferred with counsel for Pure and Pure assented to the relief sought by this Motion.

>*/s/ Kevin C. Quigley*
>Kevin C. Quigley

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on May 6, 2016.

>*/s/ Kevin C. Quigley*
>Kevin C. Quigley

7556232v3