UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMC CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-cv-12789-JGD |
| ) | |
| PURE STORAGE, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to this Court's July 5, 2015 Order (Dkt. 373), EMC Corporation and Pure Storage, Inc. hereby submit the following proposed Pretrial Schedule:

| Event | Proposed Deadline |
|---|---|
| Parties to Exchange (1) Preliminary Identification of Live Witnesses Parties Intend to Call and/or Make Available at Trial and (2) Disclosure of Expert Witnesses in Accordance with Fed. R. Civ. P. 26(a)(2) | August 1, 2016 |
| File Daubert Motions (Fed. R. Evid. 702/703 Motions) | August 12, 2016 |
| Parties to Exchange Identification of Trial Exhibits, Witnesses and Deposition Designations in Accordance with Fed. R. Civ. P. 26(a)(3)(A) | September 2, 2016 |
| File Oppositions to Daubert Motions | September 9, 2016 |
| File Replies to Daubert Motions/Motions to Preclude Expert Testimony | September 16, 2016 |
| Hearing on Daubert Motions | September 21, 2016 |
| Parties to Exchange Objections to Exhibits, Witnesses and Deposition Designations and | September 16, 2016 |

| Event | Proposed Deadline |
|---|---|
| Counter Deposition Designations | |
| File Motions in Limine | September 27, 2016 |
| File Joint Pretrial Memorandum & Trial Briefs in Accordance with Local Rule 16.5 | October 6, 2016 |
| File Oppositions to Motions in Limine | October 11, 2016 |
| Final Pretrial Conference/ Hearing on Motions in Limine | October 14, 2016 |
| Trial Commences | October 24, 2016 |

Respectfully submitted,

| | |
|---|---|
| _____/s/ Adam S. Gershenson_____ | _____/s/ Matthew S. Barrett_____ |
| Michael N. Sheetz (BBO No. 548776) | Paul D. Popeo (BBO No. 567727) |
| Adam S. Gershenson (BBO No. 671296) | G. Mark Edgarton (BBO No. 657593) |
| COOLEY LLP | Matthew S. Barrett (BBO No. 673882) |
| 500 Boylston Street | Anita M.C. Spieth (BBO No. 676302) |
| Boston, MA 02116-3736 | CHOATE, HALL & STEWART LLP |
| Tel: (617) 937-2300 | Two International Place |
| Fax: (617) 937-2400 | Boston, MA 02110 |
| *msheetz@cooley.com* | Tel.: (617) 248-5000 |
| *agershenson@cooley.com* | Fax: (617) 248-4000 |
| | *ppopeo@choate.com* |
| *Counsel for Pure Storage, Inc.* | *medgarton@choate.com* |
| | *mbarrett@choate.com* |
| | *aspieth@choate.com* |
| | |
| | *Of Counsel* |
| | |
| | Paul T. Dacier (BBO No. 616761) |
| | Patricia J. Hill (BBO No. 554834) |
| | EMC Corporation |
| | 176 South Street |
| | Hopkinton, MA 01748 |
| | Tel.: (508) 435-1000 |
| | |
| | *Counsel for EMC Corporation* |

Dated: July 7, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on July 7, 2016.

                                         */s/ Matthew S. Barrett*
                                         Matthew S. Barrett