# CHOATE

CHOATE HALL & STEWART LLP

Paul D. Popeo
t 617-248-4074
f 617-502-4074
ppopeo@choate.com

September 9, 2016

**BY ELECTRONIC FILING**

The Honorable Judith G. Dein
United States Magistrate Judge
U.S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

**Re:** *EMC Corporation v. Pure Storage,* **No. 13-cv-12789-JGD**

Dear Judge Dein:

I write jointly on behalf of EMC Corporation ("EMC") and Pure Storage, Inc. ("Pure") concerning the Court's Electronic Notice (Dkt. 399) scheduling a second hearing on EMC's Motion for Partial Summary Judgment for September 19, 2016 at 10:00 a.m.

The Court heard oral argument relating to certain of the issues raised by EMC's motion at a hearing on June 28, 2016. The parties want to ensure that they are adequately prepared to respond to the specific issues the Court is interested in addressing at the upcoming hearing. The parties also want to avoid focusing on issues that the Court believes have been sufficiently argued or briefed in the papers before the Court or at the prior hearing.

For these reasons, and in order to make most efficient use of the Court's time and resources, the parties respectfully request further guidance, if possible, concerning the specific issue(s) that the Court believes should be addressed at the upcoming hearing.

The Honorable Judith G. Dein
September 9, 2016
Page 2

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Paul D. Popeo*
Paul D. Popeo

cc:     Michael Sheetz, Esq.
        Counsel to Pure Storage, Inc.

7735733v1